# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**210**
**CA 16-01203**
PRESENT: PERADOTTO, J.P., CARNI, LINDLEY, AND SCUDDER, JJ.

---

JACK I. DINABURG, PLAINTIFF-RESPONDENT,

V                                                      ORDER

UNITED REFINING COMPANY, DEFENDANT-APPELLANT.

---

RUPP BAASE PFALZGRAF CUNNINGHAM LLC, BUFFALO (JOHN T. KOLAGA OF COUNSEL), FOR DEFENDANT-APPELLANT.

BARCLAY DAMON, LLP, SYRACUSE (ROBERT A. BARRER OF COUNSEL), FOR PLAINTIFF-RESPONDENT.

--------------------------------------------------------------------------------

Appeal from an order of the Supreme Court, Monroe County (Evelyn Frazee, J.), entered January 22, 2016. The order, insofar as appealed from, denied the motion of defendant to disqualify counsel for plaintiff.

Now, upon reading and filing the stipulation withdrawing appeal signed by the attorneys for the parties on December 15, 2016,

It is hereby ORDERED that said appeal is unanimously dismissed without costs upon stipulation.

Entered:  February 3, 2017                          Frances E. Cafarell
                                                    Clerk of the Court